JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-10872-VAP-MAAx | Date | April 17, 2020 |
|---|---|---|---|

Title  *Daniel Lopez v. Chris Vovos*

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   MINUTE ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (IN CHAMBERS) [DKT. 19]

On March 16, 2020, Defendant Chris Vovos filed a Motion to Dismiss Plaintiff's First Amended Complaint. (Dkt. 19). The motion is set for hearing on April 20, 2020. Plaintiff's opposition should have been filed by April 6, 2020. L.R. 7-9. To date, Plaintiff has not opposed the motion. The Court finds the matter suitable for decision without oral argument pursuant to Local Rule 7-15, and the April 20, 2020 hearing date is therefore vacated.

Local Rule 7-12 states that "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." *Kristensen v. Expansion Capital Grp., LLC*, No. 2:16-cv-00982-JFW-JEMx, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (holding failure to oppose a motion to dismiss was grounds for dismissal with prejudice pursuant to Local Rule 7-12). Accordingly, the Court deems Plaintiff's failure to file any opposition as consent to the granting of Defendant's motion. The Court therefore GRANTS the motion and DISMISSES the complaint without prejudice.

**IT IS SO ORDERED.**